Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

**Home Depot USA Inc.,**

        Plaintiff,

v.

**UNITED STATES,**

        Defendant.

**S U M M O N S**

Ct. No. 23-cv-123

**TO**:   The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | Savannah | Center (if known): | Consumer Products and Mass Merchandising |
|---|---|---|---|
| Protest Number: | 1703-20-106766 | Date Protest Filed: | June 3, 2020 |
| Importer: | Home Depot USA Inc. | Date Protest Denied: | December 23, 2022 |
| Category of Merchandise: | Toilets | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 23101042360 | 4/1/2019 | 2/28/2020 | 23101084073 | 4/24/2019 | 3/20/2020 |
| 23101061121 | 4/16/2019 | 3/13/2020 | 23101101711 | 5/10/2019 | 4/10/2020 |
| 23101067177 | 4/21/2019 | 3/20/2020 | 23101103741 | 5/6/2019 | 4/3/2020 |

**Please see attached continuation sheet for protest 1703-20-106766 on Forms 1-3 to 1-4.**

Port Director
U.S. Customs and Border Protection
Port of Savannah
139 Southern Blvd
Savannah, GA 31405

William R. Rucker
Faegre Drinker Biddle & Reath
320 S. Canal Street, Ste. 3300
Chicago, IL 60606-5707
(312) 569-1000
randy.rucker@faegredrinker.com

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Toilets | 6910.10.0010<br>6910.10.0020<br>6910.10.0050 | 5.8% | 9817.00.96 / 6910.10.0010<br>9817.00.96 / 6910.10.0020<br>9817.00.96 / 6910.10.0050 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C.§ 1514(a)] and the Protest Claim:

Classification - the subject merchandise is properly classified under HTSUS subheading 9817.00.96 / 6910.10.0010, 9817.00.96 / 6910.10.0020 or 9817.00.96 / 6910.10.0050

The issue which was common to all such denied protests:

The identified tariff classification issue was common to all denied protests.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

                                                                              _____/s/ William R. Rucker_____

                                                                                        *Signature of Plaintiff's Attorney*

                                                                             _____June 16, 2023_____

                                                                                            *Date*

Form 1-3

## SCHEDULE OF PROTESTS

### Consumer Products and Mass Merchandising
Center (if known)

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 1703-20-106766 | 23101104657 | 5/6/2019 | 4/3/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23101105837 | 5/6/2019 | 4/3/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23101105845 | 5/6/2019 | 4/3/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23101110902 | 5/11/2019 | 4/3/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23101120463 | 5/15/2019 | 4/10/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23101122311 | 5/15/2019 | 4/17/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23101122477 | 5/15/2019 | 4/10/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23101122501 | 5/14/2019 | 4/10/2020 | 6/3/2020 | 12/23/2022 |
| 5301 | 1703-20-106766 | 23101140131 | 5/28/2019 | 4/24/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23101146930 | 5/30/2019 | 4/24/2020 | 6/3/2020 | 12/23/2022 |
| 1401 | 1703-20-106766 | 23101195564 | 7/2/2019 | 5/29/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163867372 | 1/4/2019 | 12/6/2019 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163880789 | 1/9/2019 | 12/13/2019 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163881027 | 1/9/2019 | 12/13/2019 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163891521 | 1/13/2019 | 12/13/2019 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163899425 | 1/19/2019 | 12/20/2019 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163909810 | 1/23/2019 | 12/20/2019 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163923563 | 1/30/2019 | 12/27/2019 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163924082 | 2/1/2019 | 12/27/2019 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163924827 | 1/31/2019 | 12/27/2019 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163940740 | 2/1/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3002 | 1703-20-106766 | 23163950129 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3002 | 1703-20-106766 | 23163950723 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163950798 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163950921 | 2/13/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163950962 | 2/13/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163950970 | 2/13/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163950988 | 2/13/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 3002 | 1703-20-106766 | 23163953164 | 2/14/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163953198 | 2/14/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163953347 | 2/14/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163953677 | 2/14/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163953800 | 2/8/2019 | 1/10/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163955581 | 2/15/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163955995 | 2/15/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163956050 | 2/15/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |

Form 1-4

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 3001 | 1703-20-106766 | 23163956084 | 2/15/2019 | 1/24/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163963585 | 2/21/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 3001 | 1703-20-106766 | 23163966323 | 2/21/2019 | 1/17/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163974830 | 2/26/2019 | 1/24/2020 | 6/3/2020 | 12/23/2022 |
| 1703 | 1703-20-106766 | 23163975274 | 3/2/2019 | 1/24/2020 | 6/3/2020 | 12/23/2022 |
| 2704 | 2704-20-130326 | 23163872331 | 1/7/2019 | 12/6/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163874709 | 1/7/2019 | 12/6/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163877579 | 1/8/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163877603 | 1/8/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163877645 | 1/8/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163879302 | 1/8/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163879310 | 1/8/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163879328 | 1/8/2019 | 12/9/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163890739 | 1/14/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163895498 | 1/15/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163895506 | 1/15/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163895522 | 1/15/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163895530 | 1/15/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163895548 | 1/15/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163899201 | 1/19/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163899235 | 1/19/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163899243 | 1/19/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163899979 | 1/19/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163902138 | 1/22/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163907095 | 1/22/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163907111 | 1/22/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163907152 | 1/22/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163907368 | 1/22/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163907376 | 1/23/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163907384 | 1/23/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163908002 | 1/26/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163912061 | 1/23/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163918639 | 1/28/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163918936 | 1/28/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163918951 | 1/28/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163918977 | 1/28/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163920247 | 1/28/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163920254 | 1/28/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163924090 | 2/1/2019 | 12/27/2019 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163937852 | 2/7/2019 | 1/3/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163938512 | 2/6/2019 | 7/3/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163938975 | 2/6/2019 | 1/3/2020 | 6/3/2020 | 12/27/2022 |

Form 1-5

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 2704-20-130326 | 23163938983 | 2/6/2019 | 1/3/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163944387 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163944403 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163944429 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163944445 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163944478 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163950863 | 2/13/2019 | 1/10/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163951002 | 2/12/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163958874 | 2/17/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163958882 | 2/17/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163958908 | 2/17/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163958916 | 2/17/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130326 | 23163958932 | 2/17/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101005086 | 3/18/2019 | 2/14/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101007629 | 3/28/2019 | 2/21/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101009104 | 3/15/2019 | 2/7/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101009138 | 3/16/2019 | 2/7/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101009161 | 3/16/2019 | 2/7/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101011159 | 3/22/2019 | 2/14/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101020374 | 3/26/2019 | 2/21/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101022172 | 3/21/2019 | 2/14/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101048771 | 4/4/2019 | 2/28/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101053409 | 4/7/2019 | 3/6/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101058044 | 4/10/2019 | 3/6/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101059810 | 4/10/2019 | 3/6/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101061642 | 4/16/2019 | 3/13/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101063457 | 4/19/2019 | 3/13/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101070437 | 4/17/2019 | 3/13/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101070445 | 4/17/2019 | 3/13/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101073001 | 4/18/2019 | 3/13/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101073092 | 4/23/2019 | 3/20/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101083794 | 4/23/2019 | 3/20/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101084040 | 4/23/2019 | 3/20/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101084826 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101087472 | 5/1/2019 | 3/27/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101097281 | 5/1/2019 | 3/27/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101098016 | 5/1/2019 | 3/27/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101098107 | 5/1/2019 | 3/27/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101099071 | 5/8/2019 | 4/3/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101108823 | 5/8/2019 | 4/3/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101108914 | 5/8/2019 | 4/3/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101120430 | 5/18/2019 | 4/17/2020 | 6/3/2020 | 12/27/2022 |

Form 1-6

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 2704-20-130333 | 23101122444 | 5/15/2019 | 4/10/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101122519 | 5/21/2019 | 4/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101122568 | 5/14/2019 | 4/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101132526 | 5/21/2019 | 4/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101132534 | 5/21/2019 | 4/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101132542 | 5/21/2019 | 4/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101134043 | 5/25/2019 | 4/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101137566 | 5/25/2019 | 4/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101137574 | 5/25/2019 | 4/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101139273 | 5/29/2019 | 4/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23101140305 | 5/29/2019 | 5/1/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163958940 | 2/17/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163958957 | 2/17/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163964245 | 2/20/2019 | 1/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163965713 | 2/23/2019 | 1/31/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163967073 | 2/23/2019 | 1/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163974756 | 3/1/2019 | 1/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163974822 | 3/1/2019 | 1/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163978252 | 3/2/2019 | 1/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163987006 | 3/15/2019 | 2/7/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130333 | 23163995520 | 3/18/2019 | 2/14/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 23101145940 | 5/29/2019 | 4/24/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 23101208623 | 7/2/2019 | 5/29/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 23101209563 | 7/2/2019 | 5/29/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 23101209571 | 7/2/2019 | 5/29/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 23101209696 | 7/3/2019 | 5/29/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224421 | 6/13/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224439 | 6/20/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224447 | 6/27/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224470 | 7/24/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224488 | 7/31/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224595 | 10/16/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224652 | 11/27/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224702 | 1/1/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224728 | 1/15/2019 | 5/8/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224736 | 1/22/2019 | 5/8/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224744 | 1/29/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224751 | 2/5/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224769 | 2/12/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224777 | 2/19/2019 | 7/17/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224785 | 2/26/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 2704-20-130343 | 9UM22224827 | 3/26/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |

Form 1-7

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 4601 | 2704-20-130343 | 9UM22224884 | 5/7/2019 | 7/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332502 | 6/6/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332510 | 6/13/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332544 | 7/10/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332551 | 7/17/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332569 | 7/24/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332684 | 10/16/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332700 | 10/30/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332726 | 11/13/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332734 | 11/20/2018 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332817 | 1/15/2019 | 5/8/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332825 | 1/22/2019 | 5/8/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332833 | 1/29/2019 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332841 | 2/5/2019 | 7/17/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332858 | 2/12/2019 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332866 | 2/19/2019 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332890 | 3/12/2019 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332908 | 3/19/2019 | 2/7/2020 | 6/3/2020 | 12/27/2022 |
| 2704 | 2704-20-130343 | 9UM33332973 | 5/7/2019 | 6/5/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163867513 | 1/3/2019 | 12/6/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163867539 | 1/4/2019 | 12/6/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163879237 | 1/10/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163879245 | 1/10/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163879260 | 1/10/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163879906 | 1/9/2019 | 12/9/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163879922 | 1/9/2019 | 12/9/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163891794 | 1/15/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163891836 | 1/15/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163896033 | 1/16/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163896066 | 1/16/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163896785 | 1/16/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163896793 | 1/16/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163897007 | 1/16/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163897221 | 1/17/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163897411 | 1/17/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163897510 | 1/16/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 4601 | 3002-20-102185 | 23163913010 | 1/24/2019 | 12/20/2019 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113569 | 6/13/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113585 | 6/27/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113619 | 7/24/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113627 | 7/31/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113726 | 10/9/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |

Form 1-8

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 3002-20-102185 | 9UM11113759 | 10/30/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113817 | 12/11/2018 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113866 | 1/15/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113874 | 1/22/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113882 | 1/29/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113890 | 2/5/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113908 | 2/12/2019 | 7/17/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113916 | 2/19/2019 | 7/17/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11113965 | 3/26/2019 | 2/14/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11114013 | 4/30/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 1703 | 3002-20-102185 | 9UM11114021 | 5/7/2019 | 7/17/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44441912 | 6/12/2018 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44441946 | 7/3/2018 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44441979 | 7/24/2018 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44441987 | 7/31/2018 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442134 | 11/13/2018 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442142 | 11/20/2018 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442209 | 1/1/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442225 | 1/15/2019 | 6/12/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442233 | 1/22/2019 | 12/13/2019 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442241 | 1/29/2019 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442258 | 2/5/2019 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442266 | 2/12/2019 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442274 | 2/19/2019 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 3002 | 3002-20-102185 | 9UM44442381 | 5/7/2019 | 5/15/2020 | 6/3/2020 | 12/27/2022 |
| 4601 | 4601-20-115537 | 23101032502 | 3/28/2019 | 2/21/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101073019 | 4/18/2019 | 3/13/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101082820 | 4/23/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101084834 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101084842 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101084859 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101086805 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101086821 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101087167 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101087175 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101087209 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101088272 | 4/25/2019 | 3/20/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101097919 | 4/30/2019 | 3/27/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101097927 | 5/1/2019 | 3/27/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101098271 | 5/2/2019 | 3/27/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101111348 | 5/8/2019 | 4/3/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101135479 | 5/23/2019 | 4/24/2020 | 6/3/2020 | 12/30/2022 |

Form 1-9

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 4601 | 4601-20-115537 | 23101135495 | 5/24/2019 | 4/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101135503 | 5/24/2019 | 4/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101135529 | 5/24/2019 | 4/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101135537 | 5/24/2019 | 4/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101138218 | 5/23/2019 | 4/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101198188 | 7/3/2019 | 5/29/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101209555 | 7/3/2019 | 5/29/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23101213060 | 7/3/2019 | 5/29/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163914984 | 1/25/2019 | 12/20/2019 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163920635 | 1/31/2019 | 12/27/2019 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163920643 | 1/31/2019 | 12/27/2019 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163924025 | 1/31/2019 | 12/27/2019 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163924967 | 1/31/2019 | 12/27/2019 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163938850 | 2/8/2019 | 1/10/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163938884 | 2/8/2019 | 1/10/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163940971 | 2/8/2019 | 1/10/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163953792 | 2/14/2019 | 1/10/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163954113 | 2/14/2019 | 1/10/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163958866 | 2/18/2019 | 1/17/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163962454 | 2/20/2019 | 1/17/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163962702 | 2/20/2019 | 1/17/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163963254 | 2/20/2019 | 1/17/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163963262 | 2/20/2019 | 1/17/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163974772 | 2/26/2019 | 1/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163975290 | 2/27/2019 | 1/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163976272 | 2/27/2019 | 1/24/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163989333 | 3/8/2019 | 1/31/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163989374 | 3/8/2019 | 1/31/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163989416 | 3/8/2019 | 1/31/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163989424 | 3/8/2019 | 1/31/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163989432 | 3/8/2019 | 1/31/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163989457 | 3/8/2019 | 1/31/2020 | 6/3/2020 | 12/30/2022 |
| 4601 | 4601-20-115537 | 23163989523 | 3/8/2019 | 1/31/2020 | 6/3/2020 | 12/30/2022 |
| 2704 | 2704-20-142726 | 23101223002 | 7/10/2019 | 6/5/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101233464 | 7/17/2019 | 6/12/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101236376 | 7/18/2019 | 6/12/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101238182 | 7/24/2019 | 6/19/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101245559 | 7/23/2019 | 6/19/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101245765 | 7/23/2019 | 6/19/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101259857 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101259865 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101259949 | 8/11/2019 | 6/26/2020 | 9/8/2020 | 12/27/2022 |

Form 1-10

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 2704-20-142726 | 23101260517 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101260574 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101268494 | 8/5/2019 | 7/3/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101271563 | 8/7/2019 | 7/3/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101271571 | 8/7/2019 | 7/3/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101282511 | 8/14/2019 | 7/10/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101283188 | 8/14/2019 | 7/10/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101283261 | 8/14/2019 | 7/10/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101293435 | 8/21/2019 | 7/17/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101293443 | 8/21/2019 | 7/17/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101293468 | 8/21/2019 | 7/17/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101293476 | 8/21/2019 | 7/17/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101305650 | 8/28/2019 | 7/24/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101305668 | 8/28/2019 | 7/24/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101305676 | 8/28/2019 | 7/24/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101312987 | 9/1/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101330302 | 9/11/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101334429 | 9/18/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101338289 | 9/14/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 23101357123 | 9/27/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 9UM33332197 | 11/7/2017 | 4/10/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 9UM33332213 | 11/21/2017 | 4/10/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 9UM33332221 | 11/28/2017 | 4/3/2020 | 9/8/2020 | 12/27/2022 |
| 2704 | 2704-20-142726 | 9UM33332874 | 2/26/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101236418 | 7/17/2019 | 6/12/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101236426 | 7/17/2019 | 6/12/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101236541 | 7/17/2019 | 6/12/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101253975 | 7/28/2019 | 6/26/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101293658 | 8/21/2019 | 7/17/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101293948 | 8/22/2019 | 7/17/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101305619 | 8/28/2019 | 7/24/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101308415 | 8/30/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101313134 | 9/3/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101316491 | 9/2/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101318323 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319230 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319255 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319263 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319271 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319289 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319305 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319313 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |

Form 1-11

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 3002-20-102911 | 23101319321 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319347 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101319354 | 9/4/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101330245 | 9/10/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101330369 | 9/11/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101334700 | 9/12/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101337174 | 9/13/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101338073 | 9/13/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101343362 | 9/18/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101345375 | 9/18/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101345409 | 9/18/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101348478 | 9/20/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101348510 | 9/20/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101349013 | 9/20/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101349096 | 9/20/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101349765 | 9/21/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101349864 | 9/19/2019 | 8/14/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 23101352744 | 9/23/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 3001 | 3002-20-102911 | 23101353999 | 9/24/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101354500 | 9/24/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101354716 | 9/24/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101354724 | 9/24/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101355929 | 9/25/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 23101362867 | 9/27/2019 | 8/21/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 9UM11113254 | 11/14/2017 | 4/10/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 9UM11113924 | 2/26/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 9UM11113940 | 3/12/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 9UM11114120 | 7/16/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 1703 | 3002-20-102911 | 9UM11114146 | 7/30/2019 | 7/31/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 9UM44441565 | 10/10/2017 | 4/10/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 9UM44441631 | 11/28/2017 | 4/10/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 9UM44442282 | 2/26/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 3002 | 3002-20-102911 | 9UM44442308 | 3/12/2019 | 8/7/2020 | 9/8/2020 | 12/27/2022 |
| 1401 | 4601-20-120720 | 23101221790 | 7/16/2019 | 6/12/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101223010 | 7/10/2019 | 6/5/2020 | 9/8/2020 | 12/30/2022 |
| 1401 | 4601-20-120720 | 23101223150 | 7/20/2019 | 6/12/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101223176 | 7/10/2019 | 6/5/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101223218 | 7/10/2019 | 6/5/2020 | 9/8/2020 | 12/30/2022 |
| 5301 | 4601-20-120720 | 23101226518 | 7/14/2019 | 6/5/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101233423 | 7/16/2019 | 6/12/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101233472 | 7/17/2019 | 6/12/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101234751 | 7/17/2019 | 6/12/2020 | 9/8/2020 | 12/30/2022 |

Form 1-12

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 4601 | 4601-20-120720 | 23101236400 | 7/17/2019 | 6/12/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101242051 | 7/26/2019 | 6/12/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101259840 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101259873 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101259881 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101260582 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101260608 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101262604 | 7/31/2019 | 6/26/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101271522 | 8/7/2019 | 7/3/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101271530 | 8/7/2019 | 7/3/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101282529 | 8/14/2019 | 7/10/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101282537 | 8/14/2019 | 7/10/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101283147 | 8/14/2019 | 7/10/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101293484 | 8/21/2019 | 7/17/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101330351 | 9/11/2019 | 8/7/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101330518 | 9/11/2019 | 8/7/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101330526 | 9/11/2019 | 8/7/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101339170 | 9/18/2019 | 8/14/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101339188 | 9/18/2019 | 8/14/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101350110 | 9/25/2019 | 8/21/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 23101350599 | 9/27/2019 | 8/21/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 9UM22224108 | 11/7/2017 | 4/10/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 9UM22224124 | 11/21/2017 | 4/3/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 9UM22224801 | 3/12/2019 | 8/7/2020 | 9/8/2020 | 12/30/2022 |
| 4601 | 4601-20-120720 | 9UM22225006 | 7/30/2019 | 7/31/2020 | 9/8/2020 | 12/30/2022 |